David A. Hubbert
Acting Assistant Attorney General

Tijuhna A. Green (TXBN 24106025)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3340 (Green)
202-307-0054 (f)
Tijuhna.A.Green@usdoj.gov
Western.taxcivil@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAULA CONNER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and C.K. O'NEIL<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:19-cv-02241-RFB-VCF<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS** |

Pursuant to LR IA 11-6(c), Boris Bourget, counsel for the United States, will be substituted by Tijuhna A. Green, Trial Attorney for the U.S. Department of Justice Tax Division. Please address all correspondence and inquiries to Tijuhna A. Green at the following address:

> TIJUHNA A. GREEN
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 683
> Washington, D.C. 20044
> Telephone: 202-616-3340
> Fax: 202-307-0054
> Email: Tijuhna.A.Green@usdoj.gov

//

//

1

Respectfully submitted on July 23, 2021.

        DAVID A. HUBBERT
        ACTING ASSISTANT ATTORNEY GENERAL

        /s/ Boris Bourget
        BORIS BOURGET
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C.  20044
        202-307-2182 (v)
        202-307-0054 (f)
        Boris.Bourget@usdoj.gov

        s/Tijuhna A. Green
        TIJUHNA A. GREEN
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-616-3340
        202-307-0054 (f)
        Tijuhna.A.Green@usdoj.gov

        ***Attorneys for the United States of America***

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 7-23-2021

**CERTIFICATE OF SERVICE**

I further certify that on this 23rd day of July 2021, I caused a true and complete copy of the foregoing document to be served by first-class mail, postage prepaid, to the following persons and/or entities at the following addresses:

Paula Conner
6170 South Boulder Highway, Apt. 2078
Las Vegas, NV 89122
*Pro Se Plaintiff*

s/Tijuhna A. Green
Trial Attorney, Tax Division
U.S. Department of Justice
